```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  NICHOLAS P. HUMY
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone:  (408) 291-7753

 5  Counsel for Defendant LORENZO GARCIA-HERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LORENZO GARCIA-HERNANDEZ,<br><br>   Defendant. | Nos. CR 03-20064-JW; CR 06-00525-JW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, May 12, 2008, at 1:30 p.m., be continued to Monday, May 19, 2008, at 1:30 p.m.  The continuance is being requested to allow defense counsel to go over the final paperwork with his client.

Defense counsel has spoken with Officer Iqbal of Probation and he confirmed that there is no conflict rescheduling this matter.

Dated: May 9, 2008                           _____/s/_____
                                             NICHOLAS P. HUMY
                                             Assistant Federal Public Defender

Dated: May 9, 2008                           _____/s/_____
                                             JEFFREY B. SCHENK
                                             Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing date presently set for Monday, May 12, 2008 be continued to Monday, May 19, 2008 at 1:30 p.m.

Dated: __May 9__, 2008

_____
HONORABLE JAMES WARE
United States District Judge